UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>       v.<br><br>RUSTAM YUSUPOV,<br><br>                    Defendant. | Case No. 22-137-MLP<br><br>DETENTION ORDER |

<u>Offenses charged</u>:

    Count 1:    Unlawful Possession of a Firearm, 18 U.S.C. § 922(g)(8)

    Count 2:    Unlawful Possession of a Firearm, 18 U.S.C. § 922(g)(8)

<u>Date of Detention Hearing</u>:  April 14, 2022

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the reasons for detention hereafter set forth, finds:

    <u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1. Mr. Yusupov poses a risk of nonappearance based on criminal activity under prior terms of supervision, probable substance abuse history, and allegations that he attempted to flee law enforcement. Mr. Yusupov was not interviewed, so his background and ties to this district are not known.

DETENTION ORDER - 1

2. Mr. Yusupov poses a risk of danger due to the nature and circumstances of the instant offense, concerns about his mental health, and safety concerns for the petitioner of the protection order.

3. Based on these findings, and for the reasons stated on the record, there does not appear to be any condition or combination of conditions that will reasonably assure Mr. Yusupov's appearance at future court hearings while addressing the danger to other persons or the community.

IT IS THEREFORE ORDERED:

(1) Mr. Yusupov shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Mr. Yusupov shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which Mr. Yusupov is confined shall deliver Mr. Yusupov to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for Mr. Yusupov, to the United States Marshal, and to the United States Pretrial Services Officer.

\\

\\

DETENTION ORDER - 2

1    Dated this 14th day of April, 2022.

*[signature]*

MICHELLE L. PETERSON
United States Magistrate Judge

DETENTION ORDER - 3