THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br>    v.<br><br>RUSTAM YUSUPOV,<br><br>                Defendant. | CASE NO. CR22-0060-JCC<br><br>ORDER |

This matter comes before the Court on Defendant's unopposed motion to continue the trial date and pretrial deadlines (Dkt. No. 19).

Defendant faces a three-count indictment alleging that he unlawfully possessed firearms and ammunition. (Dkt. No. 10.) Trial is currently set for December 5, 2022, with pretrial motions due October 31, 2022. (Dkt. No. 19 at 2.) Defendant, through counsel, seeks a continuance of trial to March 20, 2023, citing the need for more time to review discovery with his client, conduct legal research, prepare pretrial motions, and prepare for trial. (Dkt. No. 19 at 2.) Counsel also states that his client may have mental health issues that he needs to explore. (*Id.*)

Having thoroughly considered the briefing and the relevant record, the Court FINDS that the ends of justice served by granting a continuance outweigh the best interests of Defendant and the public to a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A). The reasons for this finding are:

ORDER
CR22-0060-JCC
PAGE - 1

1.  Taking into account the exercise of due diligence, a failure to grant a continuance would deny defense counsel the reasonable time necessary for effective preparation due to counsel's need for more time to review the evidence, consider possible defenses, and gather evidence material to the defense as set forth in 18 U.S.C. § 3161(h)(7)(B)(iv);

2.  Failure to grant such a continuance would likely result in a miscarriage of justice as set forth in 18 U.S.C. § 3161(h)(7)(B)(i); and

3.  The additional time requested between the current trial date and the new trial date is a reasonable period of delay.

Accordingly, it is hereby ORDERED as follows:

(1) Defendant's unopposed motion (Dkt. No. 19) is GRANTED;

(2) the December 5, 2022 jury trial is CONTINUED to March 20, 2023, and pretrial motions will be due February 20, 2023; and

(3) the period from the date of this order until March 20, 2023 is an excludable period under 18 U.S.C. § 3161(h)(7)(A).

DATED this 26th day of October 2022.

*[signature]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE